IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARIA MULLAN, et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>UNITEDHEALTH GROUP, INC., )<br>)<br>Defendant. ) | 8:05CV540<br><br>ORDER TO SHOW CAUSE |

The records of the court show that on December 12, 2005, a letter (filing # 3) was sent to attorney Howard A. Kaiman from the Office of the Clerk directing that he register for the U.S. District Court of Nebraska's Case Management/Electronic Case Filing System ("System") within fifteen (15) days.

As of January 18, 2006, Mr. Kaiman had not complied with this requirement.

**IT IS ORDERED** that, on or before January 31, 2006, attorney Howard A. Kaiman shall register for the System or show cause by written affidavit why he cannot comply with the rules of the court. A registration form is attached to this order.

**DATED January 19, 2006.**

　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　**s/ F.A. Gossett**
　　　　　　　　　　　　　　　　**United States Magistrate Judge**

United States District and Bankruptcy Courts
District of Nebraska

# ELECTRONIC CASE FILING SYSTEM ATTORNEY REGISTRATION FORM
## PLEASE TYPE

This form shall be used to register for accounts on the Courts' Case Management/Electronic Files (CM/ECF) systems. Registered attorneys and other participants will have privileges both to electronically submit documents and to view and retrieve electronic docket sheets and documents as available for cases assigned to the CM/ECF systems. The following information is required for registration:

First/Middle/Last Name: _____

Last Four Digits of Social Security Number:   _____

Attorney Bar # and State: _____

Firm Name: _____

Firm Address: _____

_____

Voice Phone Number: _____

FAX Phone Number:  _____

Internet E-Mail Address:  _____

Additional E-Mail Address:  _____

Does your E-mail Software support HTML messages?   Yes_____                    No _____

Please specify which court you are registering in:
   ❏ Both         ❏ Bankruptcy         ❏ District

By submitting this registration form, the undersigned agrees to abide by the following rules:

1. The systems are for use only in cases designated by the U.S. Courts for the District of Nebraska. The systems may be used to file and view electronic documents, docket sheets, and notices.

2. <u>Each attorney desiring to file pleadings or other papers electronically must complete and sign an Attorney Registration Form.</u>  **Additionally, attorneys filing in the U.S. Bankruptcy Court must complete a Credit/Debit Card Authorization Form.**  An attorney/participant's password issued by the court combined with the user's identification (login), serves as and constitutes the attorney/participant's signature. Therefore, an attorney/participant must protect and secure the password issued by the court. If there is any reason to suspect the password has been compromised in any way, such as resignation or reassignment of the person with authority to use the password, it is the duty and responsibility of the attorney/participant to immediately notify the court. The court will immediately delete the password from the electronic filing system and issue a new password.

3. Pursuant to Federal Rule of Civil Procedure 11 and Federal Rule of Bankruptcy Procedure 9011, every pleading, motion and other paper (except creditor lists, schedules, statements or amendments thereto) shall be signed by at

        least one attorney of record or, if the party is not represented by an attorney, all papers shall be signed by the party. The electronic filing of a petition, pleading, motion, or other paper by an attorney who is a registered participant in the Electronic Filing System shall constitute the signature of that attorney under Federal Rule of Civil Procedure 11 and Federal Rule of Bankruptcy Procedure 9011

4. I hereby authorize the U.S. Bankruptcy Court to make charge upon the credit card I have provided for any applicable fees required in conjunction with filings I make. I understand that it is my responsibility to provide the court with any changes to my credit card information and failure to do so may result in temporary loss of my login to the System.

5. Registration as a Filing User constitutes: (1) consent to receive notice electronically and waiver of the right to receive notice by first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(D) and Federal Rule of Bankruptcy Procedure 7005; (2) consent to electronic service and waiver of the right to service by personal service or first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(D) and Federal Rule of Bankruptcy Procedure 7005, except with regard to service of a summons and complaint. Waiver of service and notice by first class mail applies to notice of the entry of an order or judgment. Notice by electronic means is complete as set forth in the General Order notwithstanding Federal Rule of Bankruptcy Procedure 9036.

6. A user accesses court information via the court's Internet site or through the Public Access to Court Electronic Records ("PACER") Service Center. Although the court manages the procedures for electronic filing, all electronic public access to case file documents occurs through PACER. A PACER login is required, in addition to, the password issued by the court. To register for PACER, a user must complete the online form or submit a registration form, available on the PACER web site (http://pacer.psc.uscourts.gov).

7. By this registration, the undersigned agrees to abide by all of the rules and regulations in the most recent General Order, *Administrative Procedures for Filing, Signing, and Verifying Pleadings and Papers by Electronic Means* currently in effect and any changes or additions that may be made to such Administrative Procedures in the future.

Please return to:    U.S. Courts
                        District of Nebraska
                        Attn: ECF Attorney Registration
                        111 South 18th Plaza, Suite 1125
                        Omaha, NE 68102

_____      _____
Date                                          Attorney/Participant Signature

Your login and password will be sent to you by the Office of the Clerk by regular, first-class mail. If you prefer to have your login/password sent to an address other than the one listed on page one of this form, please write the address in the space provided below:
Firm Address: _____

              _____

**How did you learn about CM/ECF?**
                              ___ **Judge**   ___**Internet**   ___**Court Employee**   ___ **Journal**   ___ **Newspaper**
                              ___ **Court Mailing**  ___ **Attorney** ___**Other** _____ **(please specify)**

2