IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MARIA MULLAN and all others similarly situated,** | ) ) ) | |
| Plaintiffs, | ) ) | 8:05CV540 |
| vs. | ) ) | ORDER |
| **UNITEDHEALTH GROUP INCORPORATED d/b/a UNITED HEALTHCARE INSURANCE COMPANY and UNITED HEALTHCARE OF THE MIDLANDS, INC.,** | ) ) ) ) ) | |
| Defendants. | ) | |

    This matter is before the court on the parties' Joint Motion for a 60-day extension of time to file their planning conference report. I find that an extension of time to March 15, 2006 should be granted.

    **IT IS ORDERED** that the Joint Motion (#9) is granted, in part. The parties are given until and including March 15, 2006 to file their planning report.

    **DATED January 31, 2006.**

                                           **BY THE COURT:**

                                           s/ F.A. Gossett
                                         **United States Magistrate Judge**