## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **MARIA MULLAN, and all others similarly situated,** )<br>)<br>**Plaintiffs,** )<br>)<br>vs. )<br>)<br>**UNITEDHEALTH GROUP INCORPORATED. d/b/a UNITED HEALTHCARE INSURANCE COMPANY and UNITEDHEALTHCARE OF THE MIDLANDS, INC.,** )<br>)<br>**Defendants.** ) | **CASE NO. 8:05CV540**<br><br><br><br><br>**ORDER** |

This matter is before the Court on the Motion to File Under Seal Documents in Support of Defendants' Motion for Summary Judgment (Filing No. 18).  The Court finds that the motion should be granted.  Accordingly,

IT IS ORDERED:

1. The Motion to File Under Seal (Filing No. 18) is granted; and

2. The following documents may be filed under seal:

    a. Exhibit 2 to Defendants' Motion for Summary Judgment - Declaration of Mabel S. Fairley ("Fairly Declaration.");

    b. Exhibit "D" to Fairley Declaration - Mullan's Eligibility Screen Print-out;

    c. Exhibit "E" to Fairly Declaration - Excerpts from 2003 Ryder Summary Plan Description, Bates Numbered UHC 0275-0283, UHC 0291-0294, UHC 0307-0308, UHC 0313, UHC 0348-0349, UHC 0352-0353;

    d.    Exhibit "F" to Fairly Declaration - Excerpts from 2004 Ryder Summary Plan Description, Bates Numbered UHC 0530-0533, UHC 0560, UHC 0577-0579, UHC 0581-0582;

    e.    Exhibit "G" to Fairley Declaration - Excerpts from 2005 Ryder Summary Plan Description, Bates Numbered UHC 0595-0600, UHC 0603-0604, UHC 0613-0615, UHC 0637-0638, UHC 0644, UHC 0677-0678, UHC 0694-0696;

    f.    Exhibit "H" to Fairley Declaration - Ryder enrollee Explanation of Benefits/Letters;

    g.    Exhibit "I" to Fairley Declaration - Ryder enrollee Explanation of Benefits/Letters;

    h.    Exhibit "J" to Fairley Declaration - Ryder enrollee Explanation of Benefits/Letters.

Dated this 1st day of May, 2006.

                                          BY THE COURT:

                                          s/Laurie Smith Camp
                                          United States District Judge