IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARIA MULLAN, and all others similarly situated,<br><br>    Plaintiff,<br><br> vs.<br><br>UNITEDHEALTH GROUP d/b/a UNITED HEALTHCARE INSURANCE COMPANY, and UNITEDHEALTHCARE OF THE MIDLANDS, INC.,<br><br>    Defendants. | 8:05CV540<br><br>SCHEDULING ORDER |

  Judge Smith Camp has ruled on the defendants' Motion for Summary Judgment, and plaintiff has filed an amended complaint in accordance with that ruling.

  **IT THEREFORE IS ORDERED** that a telephonic scheduling conference will be held on **Monday, July 31, 2006 at 9:00 a.m.** for the purpose of reviewing the preparation of the case to date and the scheduling of the case to trial. Plaintiff's counsel shall initiate the call to the court at 402-661-7340. At the request of the parties, the conference may be held in chambers.

  **DATED July 12, 2006.**

            BY THE COURT:

            s/ F.A. Gossett
            **United States Magistrate Judge**